# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2664
_____

Michael Lavern Boyd

*Plaintiff - Appellant*

v.

Brandon James Harrison, Justice, Arkansas Court of Appeals; Rita Williamson
Gruber, Justice, Arkansas Court of Appeals; Raymond Abramson, Justice,
Arkansas Court of Appeals; Robert J. Gladwin, Justice, Arkansas Court of
Appeals; Phillip Whiteaker, Justice, Arkansas Court of Appeals; Cliff Hoofman,
Justice, Arkansas Court of Appeals; Waymond Brown, Justice, Arkansas Court of
Appeals; Herbert T. Wright, Judge, Pulaski County Circuit Court; Barbara
Mariani, Deputy Prosecuting Attorney; Michael Gibbons, Detective, North Little
Rock Police Department; Cody Brown, Detective, North Little Rock City Police
Department; Wade Tolett, Officer, North Little Rock Police Department; Kathryn
Pannel, Employee, Simmons Bank

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta
_____

Submitted: February 26, 2021
Filed: March 4, 2021
[Unpublished]
_____

Before BENTON, MELLOY, and KELLY, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Michael Boyd appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) preservice dismissal of his civil rights action, in which he raised claims related to his 2013 arrest, prosecution, and conviction for bank robbery. The district court dismissed Boyd's complaint, concluding that his 42 U.S.C. § 1983 claims were barred by sovereign, judicial, and prosecutorial immunity, Heck v. Humphrey, 512 U.S. 477 (1994), and the statute of limitations; and that he failed to state a conspiracy claim. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review of § 1915(e)(2)(B) dismissal). The judgment is affirmed.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.